No. 1700, Misc. IN RE DISBARMENT OF SILL. It is ordered that Norman E. Sill of Washington, District of Columbia, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 899. UNITED STATES v. INTERSTATE COMMERCE COMMISSION ET AL.;
No. 942. BRUNDAGE ET AL. v. UNITED STATES ET AL.;
No. 999. CITY OF AUBURN v. UNITED STATES ET AL.; and
No. 1003. LIVINGSTON ANTI-MERGER COMMITTEE v. INTERSTATE COMMERCE COMMISSION ET AL. Appeals from D. C. D. C. [Probable jurisdiction noted, 393 U. S. 1077.] Motions of certain appellees to advance and to dispense with printing appendix denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these motions. *Robert W. Ginnane, Fritz R. Kahn,* and *Jerome Nelson* for the Interstate Commerce Commission on motion to advance and to dispense with printing appendix. *Hugh B. Cox, Ray Garrett, D. Robert Thomas, Lee B. McTurnan, Anthony Kane, Louis E. Torinus, Earl F. Requa, Frank S. Farrell, Eldon Martin,* and *Richard J. Flynn* for Great Northern Railway Co. et al. on motion to advance. *Louis B. Dailey* and *Harry Tyson Carter* for appellants Brundage et al. in opposition to motions to advance.

No. 1371, Misc. MITCHELL v. ATTORNEY GENERAL OF THE UNITED STATES;
No. 1423, Misc. MONTANO v. TURNER, WARDEN; and
No. 1453, Misc. FOURNIER v. PINTO, PRISON FARM SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.